USCA1 Opinion

 

 February 3, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1742 SUBIR CHAKLADER, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Boudin, Circuit Judges. ______________ ____________________ Subir Chaklader on brief pro se. _______________ Donald K. Stern, United States Attorney, and Tobin N. Harvey, ________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Pro se prisoner Subir Chaklader appeals the __________ denial of his motion to vacate, set aside, or correct his sentence under 28 U.S.C. 2255. We have thoroughly reviewed the record and the parties' briefs on appeal. We are persuaded that Chaklader's motion was properly denied for the reasons stated in the district court's memorandum and order. Accordingly, the judgment of the district court is affirmed. ________